**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Carl Joe Jett |
| Debtor 2 (Spouse, if filing) | Debra Kay Jett fka Debra Evans |
| United States Bankruptcy Court for the: | Western District of Missouri |
| Case number | 19-41808 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A., as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 0696

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 9/25/2019 | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Plan Review | 9/25/2019 | (11) | $ 350.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Carl Joe Jett | Case number (if known) 19-41808 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ *Christopher K. Baxter*
Signature

Date 01/22/2020

Print: Christopher K. Baxter
First Name  Middle Name  Last Name

Title: Attorney

Company: Marinosci Law Group

Address: 14643 Dallas Parkway, Suite 750
Number    Street
Dallas                    TX    75254
City                      State  ZIP Code

Contact phone: 214-331-2300

Email: TXBK@mlg-defaultlaw.com

Official Form 410S2      **Notice of Postpetition Mortgage Fees, Expenses, and Charges**      page **2**

**CERTIFICATE OF SERVICE**

     I, Christopher K. Baxter, certify that a true and correct copy of the Notice of Mortgage Post-Petition Fees, Expenses, and Charges Notice was served on the Debtor via United States Mail at the address listed on PACER, and the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via ECF/Electronic Mail on January 22, 2020 .

 

Marinosci Law Group, P.C.
*/s/Christopher K. Baxter*
Christopher K. Baxter
14643 Dallas Parkway, Ste. 750
Dallas, Texas 75254
Telephone: (972) 331-2300
Facsimile: (972) 331-5240
Email: txbk@mlg-defaultlaw.com
ATTORNEYS FOR CREDITOR

```
Label Matrix for local noticing          Missouri Department of Revenue         Ally Financial
0866-4                                   Bankruptcy Unit                        PO Box 130424
Case 19-41808-btf13                      P.O Box 475                            Saint Paul MN 55113-0004
Western District of Missouri             Jefferson City, MO 65105-0475
Kansas City
Wed Jan 22 10:15:25 CST 2020

(p)BANK OF AMERICA                       Bank of America                        Bank of America, N.A.
PO BOX 982238                            PO Box 982284                          P O Box 982284
EL PASO TX 79998-2238                    El Paso TX 79998-2284                  El Paso, TX 79998-2284


Bank of the West                         Bright Lending                         Cashnet USA
2527 Camino Ramon                        PO Box 578                             175 West Jackson
San Ramon CA 94583-4213                  Hays MT 59527-0578                     Suite 100
                                                                                Chicago IL 60604-2615


Cashnet USA                              Cavalry Investments, LLC               Chase
PO Box 206739                            500 Summit Lake Drive, Ste 400         PO Box 15298
Dallas TX 75320-0673                     Valhalla, NY 10595-2321                Wilmington DE 19850-5298


Credit Collection Services               Credit One Bank                        FEDERAL NATIONAL MORTGAGE ASSOCIATION
Two Wells Avenue                         PO Box 98872                           C/O SETERUS INC
Newton Center MA 02459-3246              Las Vegas NV 89193-8872                PO Box 1047
                                                                                Hartford CT 06143-1047


Integra Credit                           LVNV Funding, LLC                      PRA Receivables Management LLC
200 W Jackson Blvd Ste 500               Resurgent Capital Services             agent of Portfolio Recovery Associates
Chicago IL 60606-6949                    PO Box 10587                           POB 41067
                                         Greenville, SC 29603-0587              Norfolk VA 23541-1067


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     SPEEDYRAPID CASH                       Simple fast
PO BOX 41067                             P.O. BOX 780408                        8601 Dunwoody Place
NORFOLK VA 23541-1067                    WICHITA, KS 67278-0408                 Ste. 406
                                                                                Atlanta GA 30350-2550


SimpliFast Lending                       Southlaw, P.C.                         Speedy Cash
4312 Rainbow Blvd                        6363 College Blvd, Suite 100           11221 East 23rd St S
Kansas City KS 66103-3425                Leawood KS 66211-1881                  Independence MO 64052-3623


(p)T MOBILE                              The Village Apartments                 U.S. Bank Trust, N.A.
C O AMERICAN INFOSOURCE LP               8239 Forest Ave                        c/o BSI Financial Services
4515 N SANTA FE AVE                      Kansas City MO 64131-2492              1425 Greenway Drive, Suite 400
OKLAHOMA CITY OK 73118-7901                                                     Irving, TX 75038-2480


US BK NATL ASS'N AT OF THE IGLOO SERIES  Vacation Village at Weston             Xfinity
III Trust c/o BSI FInancial Services     16461 Racquet Club Road                PO Box 35170
1425 Greenway Drive, Ste 400             Fort Lauderdale FL 33326-3131          Seattle WA 98124-5170
Irving TX 75038-2480
```

Zin Resolve
4720 E. Cotton Gin Loop
Ste. 135
Phoenix AZ 85040-8850

Carl Joe Jett
108 E College St
Independence, MO 64050-2912

Debra Kay Jett
108 E College St
Independence, MO 64050-2912

Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-0001

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982235
El Paso TX 79998-0000

(d)Bank of America
PO Box 982238
El Paso TX 79998-0000

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

T-Mobile
POBox 742596
Cincinnati OH 45274-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Cavalry Investments, LLC
500 Summit Lake Drive, Suite 400
Valhalla NY 10595-2321

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35