**Fill in this information to identify the case:**

Debtor 1  Carl Joe Jett

Debtor 2  Debra Kay Jett fka Debra Evans
(Spouse, if filing)

United States Bankruptcy Court for the:  Western District of Missouri

Case number  19-41808

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A., as Trustee et al.

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account:  0 6 9 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | 12/16/2019 | (8) | $ 1,262.09 |
| 9. Insurance advances (non-escrow) | 10/16/2019 | (9) | $ 1,296.00 |
| 10. Property preservation expenses. Specify: _____ | _____ | (10) | $ _____ |
| 11. Other. Specify: _____ | _____ | (11) | $ _____ |
| 12. Other. Specify: _____ | _____ | (12) | $ _____ |
| 13. Other. Specify: _____ | _____ | (13) | $ _____ |
| 14. Other. Specify: _____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 1

| Debtor 1 | **Carl Joe Jett** | Case number (*if known*) 19-41808 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ David V. Noyce  56116
Signature

Date 04/10/2020

Print:  **David**   **Victor**   **Noyce**
First Name   Middle Name   Last Name

Title  Attorney

Company  Marinosci Law Group, P.C.

Address  11111 Nall Avenue, Suite 104
Number   Street
Leawood   KS   66211
City   State   ZIP Code

Contact phone  (913) 800-2021

Email  dnoyce@mlg-defaultlaw.com
ecf@mlg-defaultlaw.com

```
☿

BSI Financial Services                                              PAGE        1
314 S Franklin St. / Second Floor                                   DATE 03/09/20
PO Box 517
Titusville          PA 16354
                                              HISTORY FOR ACCOUNT  ████

       --------- MAIL -------------------- --------- PROPERTY ----------------

       DEBRA K EVANS

       108 E COLLEGE ST                    108 E COLLEGE ST

       INDEPENDENCE        MO 64050        INDEPENDENCE        MO 64050
```

```
---------------------------------------------------------------------------

POST   TRN  DUE      TRANSACTION      PRINCIPAL         INTEREST        ESCROW
DATE   CDE  DATE     AMOUNT           PAID              PAID            PAID
------ ---  ------   ---------------  ---------------   ------------    ------------



101619 M20  090115      1296.00  PAYEE = 0000.00000                 TELLER   3215
101619 M20  090115     -1296.00  PAYEE = 0000.00000                 TELLER   3215
120619 M90  100115     -1262.09  PAYEE = 0048.00000                 TELLER   3311
```



# Official Tax Payment Receipt

| Receipt No.: | ▇▇▇ | Date and Time: | 12/16/2019 14:26 | Print Date: | 4/10/2020 4:00:02 PM |
|---|---|---|---|---|---|

**Receipt Details**

| Parcel No. | Tax Year | TCA/District | Amount Applied | Unpaid Balance Amount* | Description |
|---|---|---|---|---|---|
| ▇▇▇ | 2019 | ▇▇▇ | 1,262.09 | 0.00 | A/V Principal-Residential |

**Payer Name and Address Information**

| Name | Address | Tender Type | Amount Applied |
|---|---|---|---|
| BSI FINANCIAL | 314 S FRANKLIN ST, TITUSVILLE, PA 16354 | Personal Check | 1,262.09 |

**Owner Name and Address Information**

| Parcel No. | Name | Address | Since | To |
|---|---|---|---|---|
| ▇▇▇ | JETT CARL JOE & DEBRA KAY | 108 E COLLEGE ST, INDEPENDENCE, MO 64050 UNITED STATES | 02/13/2013 | Current |

**Distribution to Districts**

| Parcel No. | | | | | |
|---|---|---|---|---|---|
| ▇▇▇ | ▇ | ▇▇▇ | | ▇ | ▇ |
| | ▇ | ▇▇▇ | | | ▇ |
| | ▇ | ▇▇▇ | | | ▇ |
| | ▇ | ▇▇▇ | | | ▇ |
| | ▇ | ▇▇▇ | | | ▇ |
| | ▇ | ▇▇▇ | | | ▇ |
| | ▇ | ▇▇▇ | | | ▇ |
| | ▇ | ▇▇▇ | | | ▇ |

**Real Estate Legal Descriptions**

| | | | |
|---|---|---|---|
| ▇▇▇ | | FLOURNOYS ADD | 1 |
| | | E 62.2' OF S 95' LOT 32 (EX S 18' COLLEGE ST) | 2 |

*__Interest, penalties and fees will be assessed on any unpaid balance amount__. The amount of any unpaid balance shown on this receipt is the unpaid balance amount at the time the receipt is run, exclusive of such interest, penalties and fees. Changes in the taxable value may alter your unpaid balance amount.

Failure of this payment to clear your financial institution will void this receipt. A returned item fee and late penalty may be assessed.

Please verify with your financial institution that this payment has cleared.

**REMINDER:** This application is for research purposes only and cannot be used to pay taxes. To pay your taxes, **Click here**. Occasionally, the parcel number for a real estate parcel changes, due to a parcel segregation or merge. In such a case, a search of the new parcel number may not reflect tax delinquency or a full tax history concerning that parcel. You may wish to contact us to obtain that information. Or, you may wish to search all relevant parcel numbers of parcels involved in such a segregation or merge. Click here to begin a search on this website to see if a parcel was involved in a segregation or merge occurring within the past five years and to see a list of parent parcel(s) and child parcel(s) involved. NOTE: Information concerning a segregation or merge occurring more than five years prior to the search is not available on this website.

Developed by Manatron, Inc.
@2005-2010 All rights reserved.
Version 1.0.5228.20119





**Amount:** -20818.74
**Description:** CHECK
**Check Number:** 20081864
**Posted Date:** 10/25/2019
**Transaction Type:** History

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed through CM/ECF with an electronic notice on April 10, 2020 to the following parties:

Errin P. Stowell
WM Law
15095 W 116th Street
Olathe, KS 66062

Richard Fink
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108-2663

The undersigned certifies that a true and correct copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges was sent by U.S. first class mail on April 10, 2020 to the following non-CM/ECF parties:

Carl Joe Jett
108 E College St
Independence, MO 64050

Debra Kay Jett
108 E College St
Independence, MO 64050

/s/ David V. Noyce
David V. Noyce; #56116
Attorney for Creditor